IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40371
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN RESA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-532-1
--------------------

November 24, 1999

Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[1]

The Federal Public Defender, court-appointed counsel for Martin Resa, has filed a brief as required by Anders v. California, 386 U.S. 738 (1967), and Resa has filed a response. Our independent review of the briefs and record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the appeal is dismissed.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.